UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Roberts Communications
& Marketing, Inc.,

    Plaintiff,

v.    CASE NO. 8:08-CV-643-T-17TGW

Wal-Mart, Inc., etc.,
et al.,

    Defendants.

_____/

ORDER

This cause is before the Court on:

Dkt. 54 Unopposed Motion to Seal Document

Plaintiff moves to seal the proposed Second Amended Complaint, because it contains information which the parties agreed would remain confidential, pursuant to the terms of the Confidentiality Agreement in this case (Dkts. 45, 46).

What Defendants did as to the Roberts Communications account is central to this case. There is a difference between protecting sensitive information during the discovery process, and restricting public access to documents to which there is a common law right of access. Nixon v . Warner Communications, Inc., 435 U.S. 589, 597 (1978)(press and public have joint common law right of access to inspect and copy judicial records and public documents). The common law right of access does not extend to information collected through discovery, which is not a

Case No. 8:08-CV-643-T-17TBM

matter of public record. <u>Seattle Times v. Rhinehart</u>, 467 U.S. 20, 33 (1984).

The Court notes that a mediation was conducted. Although no mediation report has been filed, the Court assumes that the parties reached an impasse, since the parties are proceeding with dispositive motions and trial. There is no practicable way for the Court to rule on motions which address the factual allegations of the proposed Second Amended Complaint or for the Court to conduct a jury trial if the proposed Second Amended Complaint is sealed. That would involve excluding the public from access to judicial records and from the Courtroom, both of which are presumptively available to the public.

After consideration, the Court **denies** the Unopposed Motion to Seal the Proposed Second Amended Complaint.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 30th day of September, 2009.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record